UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

In re: WILLIAMS, IAN SPENCER § Case No. 13-21581
§
WILLIAMS, ALANNA GAEL §
§
Debtor(s)

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peggy Hunt, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $251,788.78 | Assets Exempt: | $18,526.42 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $2,370.21 | Claims Discharged Without Payment: | $79,212.37 |
| Total Expenses of Administration: | $2,151.84 | | |

3) Total gross receipts of $4,522.05 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $4,522.05 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $235,906.31 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $2,087.76 | $2,151.84 | $2,151.84 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $81,970.00 | $52,489.58 | $52,489.58 | $2,370.21 |
| **TOTAL DISBURSEMENTS** | $317,876.31 | $54,577.34 | $54,641.42 | $4,522.05 |

4) This case was originally filed under chapter 7 on 02/21/2013. The case was pending for 29 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/11/2015     By: /s/ Peggy Hunt
                              Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Stipulated Sanctions Fee | 1149-000 | $360.00 |
| 2012 Tax Refunds | 1224-000 | $3,054.00 |
| Checking Account: Primary Checking, 3372 | 1129-000 | $1,022.81 |
| Savings Account: Ian | 1129-000 | $75.74 |
| Checking Account: Alanna's Primary, 6891 | 1129-000 | $9.50 |
| **TOTAL GROSS RECEIPTS** | | **$4,522.05** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | ICMA-RC | 4110-000 | $4,326.36 | NA | NA | NA |
| N/F | Chase Home Mortgage | 4110-000 | $231,579.95 | NA | NA | NA |
| **TOTAL SECURED** | | | **$235,906.31** | **$0.00** | **$0.00** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | NA | NA | $60.00 | $60.00 |
| Dorsey & Whitney | 3110-000 | NA | $928.00 | $928.00 | $928.00 |
| International Sureties, LTD. | 2300-000 | NA | $0.00 | $4.08 | $4.08 |
| Peggy Hunt | 2100-000 | NA | $1,130.51 | $1,130.51 | $1,130.51 |
| Peggy Hunt | 2200-000 | NA | $29.25 | $29.25 | $29.25 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$0.00** | **$2,087.76** | **$2,151.84** | **$2,151.84** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | WELLS FARGO BANK NA | 7100-000 | $1,532.00 | $1,532.06 | $1,532.06 | $69.18 |
| 2 | AMERICAN INFOSOURCE LP AS AGENT FOR MIDLAND FUNDING LLC | 7100-000 | $7,492.00 | $7,492.17 | $7,492.17 | $338.32 |
| 3 | AMERICAN INFOSOURCE LP AS AGENT FOR MIDLAND FUNDING LLC | 7100-000 | $17,220.00 | $17,220.31 | $17,220.31 | $777.60 |
| 4 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, N.A. RESURGENT CAPITAL SERVICES | 7100-000 | $23,937.00 | $23,937.92 | $23,937.92 | $1,080.94 |
| 5 | ECAST SETTLEMENT CORPORATION C/O BASS & ASSOCIATES, P.C. | 7100-000 | $2,696.00 | $2,307.12 | $2,307.12 | $104.17 |
| N/F | THD/CBNA | 7100-000 | $3,197.00 | NA | NA | $0.00 |
| N/F | Midland Funding LLC | 7100-000 | $7,673.00 | NA | NA | $0.00 |
| N/F | EOS/CCA | 7100-000 | $64.00 | NA | NA | $0.00 |
| N/F | Midland Funding LLC | 7100-000 | $18,159.00 | NA | NA | $0.00 |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$81,970.00** | **$52,489.58** | **$52,489.58** | **$2,370.21** |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 1

| Case No.: | 13-21581 | Trustee Name: | (640180) Peggy Hunt |
| --- | --- | --- | --- |
| Case Name: | WILLIAMS, IAN SPENCER<br>WILLIAMS, ALANNA GAEL | Date Filed (f) or Converted (c): | 02/21/2013 (f) |
| | | § 341(a) Meeting Date: | 03/28/2013 |
| For Period Ending: | 08/11/2015 | Claims Bar Date: | 07/09/2013 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | Residence: Single Family, Location: 1904 N. Bran | 228,926.00 | 0.00 | | 0.00 | FA |
| 2 | Cash: $0 | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Checking Account: Primary Checking, 3372 | 0.00 | 1,022.81 | | 1,022.81 | FA |
| 4 | Checking Account: Alanna's Primary, 6891 | 0.00 | 9.51 | | 9.50 | FA |
| 5 | Savings Account: Ian | 75.00 | 75.00 | | 75.74 | FA |
| 6 | Household Goods | 2,825.00 | 0.00 | | 0.00 | FA |
| 7 | Books-Music: Books, CD's, DVD's | 200.00 | 0.00 | | 0.00 | FA |
| 8 | Clothes: Attire for family of 5 | 300.00 | 0.00 | | 0.00 | FA |
| 9 | Jewelry: Wedding ring, a few necklaces | 300.00 | 0.00 | | 0.00 | FA |
| 10 | Hobby Equipment | 85.00 | 10.00 | | 0.00 | FA |
| 11 | Retirement Accounts | 16,699.78 | 0.00 | | 0.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 2

| Case No.: | 13-21581 | Trustee Name: | (640180) Peggy Hunt |
| --- | --- | --- | --- |
| Case Name: | WILLIAMS, IAN SPENCER<br>WILLIAMS, ALANNA GAEL | Date Filed (f) or Converted (c): | 02/21/2013 (f) |
| | | § 341(a) Meeting Date: | 03/28/2013 |
| For Period Ending: | 08/11/2015 | Claims Bar Date: | 07/09/2013 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | ---: | ---: | --- | ---: | ---: |
| 12 | Tax Refund Est: Federal & State | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Auto: 1995 Ford F150, 150,000 miles Some rust, w | 1,343.00 | 0.00 | | 0.00 | FA |
| 14 | Auto: 1999, Chevy Prizm, 150,000, Poor condition | 1,110.00 | 0.00 | | 0.00 | FA |
| 15 | 2012 Tax Refunds (u) | 0.00 | 3,054.00 | | 3,054.00 | FA |
| 16 | Stipulated Sanctions Fee | 0.00 | 360.00 | | 360.00 | FA |
| | **Assets　　　Totals**　　(Excluding unknown values) | **$251,863.78** | **$4,531.32** | | **$4,522.05** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 3

**Case No.:** 13-21581
**Case Name:** WILLIAMS, IAN SPENCER
WILLIAMS, ALANNA GAEL

**For Period Ending:** 08/11/2015

**Trustee Name:** (640180) Peggy Hunt
**Date Filed (f) or Converted (c):** 02/21/2013 (f)
**§ 341(a) Meeting Date:** 03/28/2013
**Claims Bar Date:** 07/09/2013

**Major Activities Affecting Case Closing:**

03/28/13 - MD - Potential assets: 2012 tax returns ($3,054) - all property of the estate, $1108.06 bank balances
04/08/13 - MD - Sent turnover tax refunds and bank balances letter to counsel and debtors
04/08/13 - MD - T/C with debtor - they will send tax refunds tomorrow and will pay $200 per month to pay bank balances (plus $10 per mo. bank fees)
04/11/13 - MD - Reviewed Chase's M4 RFS (RP) - no objections
06/13/13 - MD - M2 convert to Chapter 13
06/04/14 - MD - Drafted employment dox - need to file M4 TO when employed
06/13/14 - MD - Order granting employment
06/13/14 - MD - Draft M4 TO to PMH
07/30/14 - MD - Filed M4 TO, hrg. 8/27/14, obj. 8/20/14
08/13/14 - MD - Debtor will pay outstanding balance (including $360) sanctions in the next three months
08/25/14 - MD - Receive, post and deposit $1,507.35 partial tax refund turnover
08/27/14 - MD - Order granting M4 TO
09/24/14 - MD - Receive, post and deposit $1,507.35 partial tax refund turnover
10/28/14 - MD - Receive, post and deposit $1,507.35 partial tax refund turnover
1/23/15 - MD - CLAIMS REVIEW - OK
3/5/15 - MD - TFR to UST
3/6/15 - MD - Filed NFR, obj. 4/1/15, hrg. 4/8/14
4/7/15 - MD - Distribution

**Initial Projected Date Of Final Report (TFR):** 03/28/2014

**Current Projected Date Of Final Report (TFR):** 04/06/2015

08/11/2015
Date

/s/Peggy Hunt
Peggy Hunt

UST Form 101-7-TDR ( 10 /1/2010)

Exhibit 9
Page: 4

## Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 13-21581 | Trustee Name: | Peggy Hunt (640180) |
|---|---|---|---|
| Case Name: | WILLIAMS, IAN SPENCER / WILLIAMS, ALANNA GAEL | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***8602 | Account #: | ******9066 - Checking Checking Account |
| For Period Ending: | 08/11/2015 | Blanket Bond (per case limit): | $71,141,417.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/25/2014 | {15} | Debtor | Partial turnover of tax refunds | 1224-000 | 1,507.35 |  | 1,507.35 |
| 08/29/2014 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 10.00 | 1,497.35 |
| 09/24/2014 | {15} | Debtor | Partial turnover of tax refunds and bank balance | 1224-000 | 1,507.35 |  | 3,004.70 |
| 09/30/2014 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 10.00 | 2,994.70 |
| 10/28/2014 |  | Ian and Alanna Williams |  |  | 1,507.35 |  | 4,502.05 |
|  | {3} |  | Checking account turnover $1,022.81 | 1129-000 |  |  | 4,502.05 |
|  | {5} |  | Ian's saving account turnover $75.74 | 1129-000 |  |  | 4,502.05 |
|  | {15} |  | 2012 tax refund turnover $39.30 | 1224-000 |  |  | 4,502.05 |
|  | {16} |  | Sanctions $360.00 | 1149-000 |  |  | 4,502.05 |

{} Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)                                        ! - transaction has not been cleared

Exhibit 9
Page: 5

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 13-21581 | Trustee Name: | Peggy Hunt (640180) |
| --- | --- | --- | --- |
| Case Name: | WILLIAMS, IAN SPENCER<br>WILLIAMS, ALANNA GAEL | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***8602 | Account #: | ******9066 - Checking Checking Account |
| For Period Ending: | 08/11/2015 | Blanket Bond (per case limit): | $71,141,417.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | {4} | | Alanna's Savings account turnover $9.50 | 1129-000 | | | 4,502.05 |
| 10/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 4,492.05 |
| 11/28/2014 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 4,482.05 |
| 12/08/2014 | 101 | International Sureties, LTD. | Pro rata bond payment | 2300-000 | | 4.08 | 4,477.97 |
| 12/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 4,467.97 |
| 01/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 4,457.97 |
| 04/07/2015 | 102 | Peggy Hunt | Combined Dividend paid 100.00% on $1,130.51 \| Claim # FEE \| Filed: $1,130.51 Dividend paid 100.00% on $29.25 \| Claim # TE \| Filed: $29.25 | | | 1,159.76 | 3,298.21 |
| | | | Claims Distribution - Wed, 03-04-2015 $1,130.51 | 2100-000 | | | 3,298.21 |
| | | | Claims Distribution - Wed, 03-04-2015 $29.25 | 2200-000 | | | 3,298.21 |

{} Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

| | | | | | Exhibit 9 |
|---|---|---|---|---|---|

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 13-21581 | **Trustee Name:** | Peggy Hunt (640180) |
| **Case Name:** | WILLIAMS, IAN SPENCER<br>WILLIAMS, ALANNA GAEL | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***8602 | **Account #:** | ******9066 - Checking Checking Account |
| **For Period Ending:** | 08/11/2015 | **Blanket Bond (per case limit):** | $71,141,417.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/07/2015 | 103 | Dorsey & Whitney | Dividend paid 100.00% on $928.00 \| Claim # ATTNY \| Filed: $928.00 | 3110-000 | | 928.00 | 2,370.21 |
| 04/07/2015 | 104 | WELLS FARGO BANK NA | Dividend paid 4.52% on $1,532.06 \| Claim # 1 \| Filed: $1,532.06 | 7100-000 | | 69.18 | 2,301.03 |
| 04/07/2015 | 105 | AMERICAN INFOSOURCE LP AS AGENT FOR MIDLAND FUNDING LLC | Combined Dividend paid 4.52% on $7,492.17 \| Claim # 2 \| Filed: $7,492.17 Dividend paid 4.52% on $17,220.31 \| Claim # 3 \| Filed: $17,220.31 | | | 1,115.92 | 1,185.11 |
| | | | Claims Distribution - Wed, 03-04-2015     $338.32 | 7100-000 | | | 1,185.11 |
| | | | Claims Distribution - Wed, 03-04-2015     $777.60 | 7100-000 | | | 1,185.11 |
| 04/07/2015 | 106 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, N.A. RESURGENT CAPITAL SERVICES | Dividend paid 4.52% on $23,937.92 \| Claim # 4 \| Filed: $23,937.92 | 7100-000 | | 1,080.94 | 104.17 |

{} Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 7

| Case No.: | 13-21581 | Trustee Name: | Peggy Hunt (640180) |
|---|---|---|---|
| Case Name: | WILLIAMS, IAN SPENCER<br>WILLIAMS, ALANNA GAEL | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***8602 | Account #: | ******9066 - Checking Checking Account |
| For Period Ending: | 08/11/2015 | Blanket Bond (per case limit): | $71,141,417.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/07/2015 | 107 | ECAST SETTLEMENT CORPORATION C/O BASS & ASSOCIATES, P.C. | Dividend paid 4.52% on $2,307.12 \| Claim # 5 \| Filed: $2,307.12 | 7100-000 | | 104.17 | 0.00 |
| | | | **COLUMN TOTALS** | | 4,522.05 | 4,522.05 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 4,522.05 | 4,522.05 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$4,522.05** | **$4,522.05** | |

{ } Asset Reference(s)         UST Form 101-7-TDR ( 10 /1/2010)         ! - transaction has not been cleared

Exhibit 9

## Form 2

Page: 8

## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 13-21581 | | **Trustee Name:** | Peggy Hunt (640180) |
| **Case Name:** | WILLIAMS, IAN SPENCER<br>WILLIAMS, ALANNA GAEL | | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***8602 | | **Account #:** | ******9066 - Checking Checking Account |
| **For Period Ending:** | 08/11/2015 | | **Blanket Bond (per case limit):** | $71,141,417.00 |
| | | | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $4,522.05 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| | $4,522.05 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******9066 - Checking Checking Account | $4,522.05 | $4,522.05 | $0.00 |
| | **$4,522.05** | **$4,522.05** | **$0.00** |

08/11/2015
**Date**

/s/Peggy Hunt
**Peggy Hunt**

**UST Form 101-7-TDR (10 /1/2010)**